RUSSELL L LOW ESQ
LOW & LOW ESQS
505 MAIN STREET, SUITE 304
HACKENSACK, NJ  07601

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW JERSEY

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS AS OF 12/31/2018
#### Chapter 13 Case # 18-29896

| Re: | GUYTHOVEN D. NOUGUES | Atty: | RUSSELL L LOW ESQ |
|---|---|---|---|
| | 539 STANDISH RD | | LOW & LOW ESQS |
| | TEANECK, NJ  07666 | | 505 MAIN STREET, SUITE 304 |
| | | | HACKENSACK, NJ  07601 |

**NOTE: THIS IS A BASE PLAN IN THE AMOUNT OF $18,000.00**

### RECEIPTS AS OF 12/31/2018      (Please Read Across)

| Date | Amount | Source Document No. | Date | Amount | Source Document No. |
|---|---|---|---|---|---|
| 11/06/2018 | $300.00 | 5373006000 | 12/11/2018 | $300.00 | 5461422000 |

**Total Receipts: $600.00  -  Amount Refunded to Debtor: $0.00  =  Receipts Applied to Plan: $600.00**

### LIST OF PAYMENTS TO CLAIMS AS OF 12/31/2018      (Please Read Across)

### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---|---|---|---|
| TTE | TRUSTEE COMPENSATION | ADMIN | | | 51.30 | TBD |
| ATTY | ATTORNEY (S) FEES | ADMIN | 3,750.00 | 100.00% | 0.00 | 3,750.00 |
| COURT | CLERK OF COURT | ADMIN | 0.00 | 100.00% | 0.00 | 0.00 |
| 0001 | ALLY FINANCIAL | VEHICLE SECURE | 520.76 | 100.00% | 0.00 | |
| 0002 | AMERICAN HONDA FINANCE | UNSECURED | 0.00 | * | 0.00 | |
| 0003 | CAPITAL ONE AUTO FINANCE | UNSECURED | 11,999.00 | * | 0.00 | |
| 0004 | CHILD SUPPORT ENFORCEM | UNSECURED | 0.00 | * | 0.00 | |
| 0005 | CITIMORTGAGE INC | UNSECURED | 0.00 | * | 0.00 | |
| 0006 | CRE BUSHKILL GROUP, LL | UNSECURED | 0.00 | * | 0.00 | |
| 0007 | EQUIANT FINANCIAL SVCS | UNSECURED | 0.00 | * | 0.00 | |
| 0008 | MIDFIRST BANK | MORTGAGE ARRE | 0.00 | 100.00% | 0.00 | |
| 0009 | NATIONSTAR/MR. COOPER | UNSECURED | 0.00 | * | 0.00 | |
| 0010 | PRA RECEIVABLES MANAGEMENT LLC | UNSECURED | 187.00 | * | 0.00 | |
| 0012 | WELLS FARGO DEALER SVC | UNSECURED | 0.00 | * | 0.00 | |
| 0014 | AMERICAN HONDA FINANCE | UNSECURED | 0.00 | * | 0.00 | |
| 0015 | NATIONSTAR/MR. COOPER | UNSECURED | 0.00 | * | 0.00 | |
| 0016 | NATIONSTAR/MR. COOPER | UNSECURED | 0.00 | * | 0.00 | |
| 0017 | CHILD SUPPORT ENFORCEM | PRIORITY | 0.00 | 100.00% | 0.00 | |
| 0018 | UNITED STATES TREASURY/IRS | PRIORITY | 18,303.33 | 100.00% | 0.00 | |
| 0019 | VERIZON BY AMERICAN INFOSOURCE L | UNSECURED | 429.73 | * | 0.00 | |
| 0020 | VERIZON BY AMERICAN INFOSOURCE L | UNSECURED | 94.22 | * | 0.00 | |
| 0021 | VERIZON BY AMERICAN INFOSOURCE L | UNSECURED | 416.98 | * | 0.00 | |
| 0022 | UNITED STATES TREASURY/IRS | SECURED | 7,445.46 | 100.00% | 0.00 | |
| 0023 | UNITED STATES TREASURY/IRS | UNSECURED | 56,770.97 | * | 0.00 | |

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---|---|---|---|
| 0024 | ALEXANDRIA HARVEY | PRIORITY | 0.00 | 100.00% | 0.00 | |
| 0025 | ALEXANDRIA HARVEY | UNSECURED | 0.00 | * | 0.00 | |
| 0026 | NEW YORK STATE DEPARTMENT OF TAX | PRIORITY | 12,443.07 | 100.00% | 0.00 | |
| 0027 | NEW YORK STATE DEPARTMENT OF TAX | UNSECURED | 25,002.75 | * | 0.00 | |

**Total Paid:  $51.30**
See Summary

## SUMMARY

Summary of all receipts and disbursements from the date the case was filed , to and including: January 18, 2019.

Receipts: $600.00        -    Paid to Claims: $0.00        -    Admin Costs Paid: $51.30        =    Funds on Hand: $848.70

**\*\*NOTE**:  THIS REPORT IS NOT TO BE USED AS A PAYOFF FIGURE.  ADDITIONAL ALLOWED CLAIMS AND OTHER VARIABLES MAY AFFECT THE AMOUNT TO COMPLETE THE PLAN.