Form 185 – ntc13plnafter

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

---

Case No.:  18−29896−SLM
Chapter:  13
Judge:  Stacey L. Meisel

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
Guythoven D. Nougues
539 Standish Rd
Teaneck, NJ 07666

Social Security No.:
xxx−xx−2818

Employer's Tax I.D. No.:

---

### NOTICE OF FILING OF MODIFICATION OF PLAN AFTER CONFIRMATION
### AND NOTICE OF HEARING THEREON

Notice is hereby given that a Plan was confirmed in this matter on January 11, 2019.

On 03/20/2019 the debtor filed a modification to the Plan.

Accordingly, a hearing will be held before the Honorable Stacey L. Meisel on:

Date:                    April 24, 2019
Time:                    08:30 AM
Location:                Courtroom 3A, Martin Luther King Jr. Federal Building, 50 Walnut Street, Courtroom 3A, Newark, NJ 07102

Accordingly, notice is hereby given that,

1.    Seven (7) days prior to the confirmation hearing is fixed as the last day for filing
      a written rejection to the modified plan.

2.    Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder
      of a secure claim, such holders acceptance or rejection of the Plan before modification will
      be deemed acceptance or rejection of the Plan as modified, unless the holder changes such
      holders acceptance or rejection of the Plan within the time fixed.

3.    **If, at the confirmation hearing, the Court determines that the plan is not confirmable,
      the debtor's case may be dismissed or converted.**

A copy of the modified Plan will follow this notice.

Dated: March 21, 2019
JAN: nds

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

In re:
Guythoven D. Nougues
        Debtor

Case No. 18-29896-SLM
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-2      User: admin      Page 1 of 2      Date Rcvd: Mar 21, 2019
                 Form ID: 185      Total Noticed: 24

```
Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 23, 2019.
db            +Guythoven D. Nougues,    539 Standish Rd,    Teaneck, NJ 07666-2605
517959402     +Alexandria Harvey,    8616 Jamaica Ave.,    Woodhaven, NY 11421-2042
517798285     +CHILD SUPPORT ENFORCEM,    PO BOX 14,    ALBANY, NY 12201-0014
517798286     +CITIMORTGAGE INC,    PO BOX 6243,    SIOUX FALLS, SD 57117-6243
517798287     +CRE BUSHKILL GROUP, LL,    ROUTE 209 PO BOX 447,    BUSHKILL, PA 18324-0447
517798288     +EQUIANT FINANCIAL SVCS,    5401 N PIMA RD STE 150,    SCOTTSDALE, AZ 85250-2630
517798289     +MIDLAND MTG/MIDFIRST,    POB 268959,    OKLAHOMA CITY, OK 73126-8959
517922544     +MidFirst Bank,    999 NorthWest Grand Boulevard,    Oklahoma City, OK 73118-6051
517798290     +NATIONSTAR/MR. COOPER,    350 HIGHLAND DR,    LEWISVILLE, TX 75067-4177
517973437      New York State Dept Taxation,    and Finance,    Bankruptcy Section,    PO Box 5300,
                Albany, NY  12205-0300
517798293     +THD/CBNA,    PO BOX 6497,    SIOUX FALLS, SD 57117-6497
517798294     +WELLS FARGO DEALER SVC,    PO BOX 1697,    WINTERVILLE, NC 28590-1697

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg            E-mail/Text: usanj.njbankr@usdoj.gov Mar 21 2019 23:46:17    U.S. Attorney,    970 Broad St.,
                Room 502,   Rodino Federal Bldg.,   Newark, NJ  07102-2534
smg           +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Mar 21 2019 23:46:16    United States Trustee,
                Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
                Newark, NJ 07102-5235
cr             E-mail/PDF: acg.acg.ebn@americaninfosource.com Mar 21 2019 23:49:14
                Capital One Auto Finance, a division of Capital On,    AIS Portfolio Services, LP,
                4515 N Santa Fe Ave. Dept. APS,    Oklahoma City, OK 73118-7901
517798281     +E-mail/Text: ally@ebn.phinsolutions.com Mar 21 2019 23:45:27    ALLY FINANCIAL,
                200 RENAISSANCE CTR,    DETROIT, MI 48243-1300
517798282      E-mail/Text: ebnbankruptcy@ahm.honda.com Mar 21 2019 23:46:27    AMERICAN HONDA FINANCE,
                600 KELLY WAY,    HOLYOKE, MA 01040
517856903      E-mail/Text: ally@ebn.phinsolutions.com Mar 21 2019 23:45:27    Ally Financial,
                PO Box 130424,    Roseville MN 55113-0004
517798284     +E-mail/PDF: AIS.COAF.EBN@Americaninfosource.com Mar 21 2019 23:48:18    CAPITAL ONE AUTO FINAN,
                3901 DALLAS PKWY,    PLANO, TX 75093-7864
517807351     +E-mail/PDF: acg.acg.ebn@americaninfosource.com Mar 21 2019 23:49:14
                Capital One Auto Finance, a division of,    AIS Portfolio Services, LP,
                4515 N Santa Fe Ave. Dept. APS,    Oklahoma City, OK 73118-7901
517873036     +E-mail/PDF: acg.acg.ebn@americaninfosource.com Mar 21 2019 23:49:15
                Capital One Auto Finance, a division of Capital On,    P.O. Box 4360,    Houston, TX 77210-4360
517924418     +E-mail/Text: cio.bncmail@irs.gov Mar 21 2019 23:45:46    Internal Revenue Service,
                PO Box 7346,    Philadelphia, PA 19101-7346
517922767      E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Mar 21 2019 23:48:42
                Portfolio Recovery Associates, LLC,    c/o The Home Depot Consumer,    POB 41067,
                Norfolk VA 23541
517912411     +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Mar 21 2019 23:48:21    Verizon,
                by American InfoSource as agent,    4515 N Santa Fe Ave,    Oklahoma City, OK 73118-7901
                                                                                         TOTAL: 12


              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
517798283*    ++AMERICAN HONDA FINANCE,    P O BOX 168088,    IRVING TX 75016-8088
                (address filed with court: AMERICAN HONDA FINANCE,    600 KELLY WAY,    HOLYOKE, MA 01040)
517924421*    +Internal Revenue Service,    PO Box 7346,    Philadelphia, PA 19101-7346
517904236*     Internal Revenue Services,    Special Procedures Branch,    PO Box 744,    Springfield, NJ 07081
517798291*    +NATIONSTAR/MR. COOPER,    350 HIGHLAND DR,    LEWISVILLE, TX 75067-4177
517798292*    +NATIONSTAR/MR. COOPER,    350 HIGHLAND DR,    LEWISVILLE, TX 75067-4177
                                                                            TOTALS: 0, * 5, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 23, 2019                      Signature:  /s/Joseph Speetjens

District/off: 0312-2          User: admin              Page 2 of 2          Date Rcvd: Mar 21, 2019
                             Form ID: 185              Total Noticed: 24

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 21, 2019 at the address(es) listed below:
          Denise E. Carlon    on behalf of Creditor    MIDFIRST BANK dcarlon@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          Marie-Ann  Greenberg   magecf@magtrustee.com
          Rebecca Ann Solarz    on behalf of Creditor    MIDFIRST BANK rsolarz@kmllawgroup.com
          Russell L. Low    on behalf of Debtor Guythoven D. Nougues rbear611@aol.com,
           ecf@lowbankruptcy.com;r57808@notify.bestcase.com
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                              TOTAL: 5