**RUSSELL L. LOW, ESQ.  RLL-4745**
**LOW & LOW, LLC**
**505 Main St., Suite 304**
**Hackensack, NJ 07601**
**201-343-4040 Phone**
**201-880-4010 Fax**
**Attorney for Debtors**

_____

| | | |
|---|---|---|
| In the Matter of: | : | UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY |
| Guythoven Nougues | : | Honorable Stacey L. Meisel |
| | : | CASE NO. 18-29896 |
| Debtor | : | CHAPTER 13 |

_____

### OBJECTION TO APPLICATION FOR EARLY TERMINATION OF LOSS MITIGATION PERIOD

I, Russell L. Low, being of full age, hereby certify the following:

1. On March 18, 2019, a Loss Mitigation Order was granted concerning the property at 539 Standish Road Teaneck NJ 07666.

2. A Loss Mitigation Extension was extended until October 4, 2019.

3. On September 5, 2019 an Application for Early Termination was entered.

4. The debtor is asking for the opportunity to provide documents of his spouse that needs to be submitted to the lender.

Dated: September 9, 2019                                                    /s/ Russell L. Low, Esq.
                                                                            **RUSSELL L. LOW, ESQ.**
                                                                            Attorney for Debtor