Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

      Case No.: 18−29896−SLM
      Chapter: 13
      Judge: Stacey L. Meisel

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Guythoven D. Nougues
   539 Standish Rd
   Teaneck, NJ 07666

Social Security No.:
   xxx−xx−2818

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3A, Martin Luther King Jr. Federal Building, 50 Walnut Street, Courtroom 3A, Newark, NJ 07102

on 10/23/19 at 10:00 AM

to consider and act upon the following:

*62* − Application for Early Termination of Loss Mitigation Period. Filed by Denise E. Carlon on behalf of MIDFIRST BANK. Objection deadline is 9/9/2019. (Attachments: # 1 Proposed Order # 2 Certificate of Service) (Carlon, Denise)

*63* − Objection to (related document:62 Application for Early Termination of Loss Mitigation Period. Filed by Denise E. Carlon on behalf of MIDFIRST BANK. Objection deadline is 9/9/2019. (Attachments: # 1 Proposed Order # 2 Certificate of Service) filed by Creditor MIDFIRST BANK) filed by Russell L. Low on behalf of Guythoven D. Nougues. (Low, Russell)

Dated: 9/10/19

      Jeanne Naughton
      Clerk, U.S. Bankruptcy Court