UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

DENISE CARLON, ESQUIRE
KML LAW GROUP, PC
Sentry Office Plz
216 Haddon Ave.
Suite 406
Westmont, NJ 08018
215-627-1322
dcarlon@kmllawgroup.com
Attorneys for Secured Creditor
MidFirst Bank

In Re:

Guythoven D. Nougues

Case No.:     18-29896 SLM

Chapter:     13

Hearing Date:     10/23/19

Judge:     Stacey L. Meisel

## STATUS CHANGE FORM

Pursuant to D.N.J. LBR 9013-3, the undersigned notifies the court that the matter identified below has been:

☐ Settled          ☒ Withdrawn

Matter: Application for Early Termination of Loss Mitigation Period filed on September 5, 2019; docket number 62

Date:     12/4/19                          /s/ Denise Carlon
                                           Signature

*rev.8/1/15*