RUSSELL L LOW ESQ
LOW & LOW ESQS
505 MAIN STREET, SUITE 304
HACKENSACK, NJ  07601

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW JERSEY

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS AS OF 1/15/2020
#### Chapter 13 Case # 18-29896

Re:    GUYTHOVEN D. NOUGUES
       539 STANDISH RD
       TEANECK,  NJ  07666

Atty:  RUSSELL L LOW ESQ
       LOW & LOW ESQS
       505 MAIN STREET, SUITE 304
       HACKENSACK, NJ  07601

**NOTE:  THIS IS A BASE PLAN IN THE AMOUNT OF $47,808.00**

## RECEIPTS AS OF 01/15/2020  (Please Read Across)

| Date | Amount | Source Document No. | Date | Amount | Source Document No. |
|---|---|---|---|---|---|
| 11/06/2018 | $300.00 | 5373006000 | 12/11/2018 | $300.00 | 5461422000 |
| 01/04/2019 | $300.00 | 5520750000 | 02/05/2019 | $300.00 | 5600718000 |
| 03/08/2019 | $300.00 | 5689167000 | 04/05/2019 | $300.00 | 5763938000 |
| 05/17/2019 | $852.00 | 5867604000 | 06/17/2019 | $852.00 | 5940141000 |
| 07/15/2019 | $852.00 | 6011855000 | 08/19/2019 | $852.00 | 6106012000 |
| 09/18/2019 | $852.00 | 6182798000 | 10/23/2019 | $852.00 | 6270801000 |
| 11/18/2019 | $852.00 | 6338132000 | 12/17/2019 | $852.00 | 6412084000 |

**Total Receipts: $8,616.00  -  Amount Refunded to Debtor: $0.00  =  Receipts Applied to Plan: $8,616.00**

## LIST OF PAYMENTS TO CLAIMS AS OF 01/15/2020  (Please Read Across)

| Claimant Name | Date | Amount | Check # | Date | Amount | Check # |
|---|---|---|---|---|---|---|
| ALLY FINANCIAL | | | | | | |
| | 08/19/2019 | $26.22 | 831,119 | 10/21/2019 | $108.33 | 835,158 |
| | 12/16/2019 | $52.80 | 839,192 | 01/13/2020 | $52.80 | 841,080 |
| UNITED STATES TREASURY/IRS | | | | | | |
| | 08/19/2019 | $374.94 | 8,001,194 | 10/21/2019 | $1,548.81 | 8,001,281 |
| | 12/16/2019 | $754.90 | 8,001,362 | 01/13/2020 | $754.90 | 8,001,404 |

## CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---|---|---|---|
| TTE | TRUSTEE COMPENSATION | ADMIN | | | 384.60 | TBD |
| ATTY | ATTORNEY (S) FEES | ADMIN | 3,750.00 | 100.00% | 3,750.00 | 0.00 |
| COURT | CLERK OF COURT | ADMIN | 0.00 | 100.00% | 0.00 | 0.00 |
| 0001 | ALLY FINANCIAL | VEHICLE SECURE | 520.76 | 100.00% | 240.15 | |
| 0002 | AMERICAN HONDA FINANCE | UNSECURED | 0.00 | * | 0.00 | |
| 0003 | CAPITAL ONE AUTO FINANCE | UNSECURED | 11,999.00 | * | 0.00 | |
| 0004 | CHILD SUPPORT ENFORCEM | UNSECURED | 0.00 | * | 0.00 | |
| 0005 | CITIMORTGAGE INC | UNSECURED | 0.00 | * | 0.00 | |
| 0006 | CRE BUSHKILL GROUP, LL | UNSECURED | 0.00 | * | 0.00 | |
| 0007 | EQUIANT FINANCIAL SVCS | UNSECURED | 0.00 | * | 0.00 | |
| 0008 | MIDFIRST BANK | MORTGAGE ARRE | 0.00 | 100.00% | 0.00 | |

**Chapter 13 Case # 18-29896**

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---:|---:|---:|---:|
| 0009 | NATIONSTAR/MR. COOPER | UNSECURED | 0.00 | * | 0.00 | |
| 0010 | PRA RECEIVABLES MANAGEMENT LLC | UNSECURED | 187.00 | * | 0.00 | |
| 0012 | WELLS FARGO DEALER SVC | UNSECURED | 0.00 | * | 0.00 | |
| 0014 | AMERICAN HONDA FINANCE | UNSECURED | 0.00 | * | 0.00 | |
| 0015 | NATIONSTAR/MR. COOPER | UNSECURED | 0.00 | * | 0.00 | |
| 0016 | NATIONSTAR/MR. COOPER | UNSECURED | 0.00 | * | 0.00 | |
| 0017 | CHILD SUPPORT ENFORCEM | PRIORITY | 0.00 | 100.00% | 0.00 | |
| 0018 | UNITED STATES TREASURY/IRS | PRIORITY | 18,328.27 | 100.00% | 0.00 | |
| 0019 | VERIZON BY AMERICAN INFOSOURCE L | UNSECURED | 429.73 | * | 0.00 | |
| 0020 | VERIZON BY AMERICAN INFOSOURCE L | UNSECURED | 94.22 | * | 0.00 | |
| 0021 | VERIZON BY AMERICAN INFOSOURCE L | UNSECURED | 416.98 | * | 0.00 | |
| 0022 | UNITED STATES TREASURY/IRS | SECURED | 7,445.46 | 100.00% | 3,433.55 | |
| 0023 | UNITED STATES TREASURY/IRS | UNSECURED | 58,455.50 | * | 0.00 | |
| 0024 | ALEXANDRIA HARVEY | PRIORITY | 0.00 | 100.00% | 0.00 | |
| 0025 | ALEXANDRIA HARVEY | UNSECURED | 0.00 | * | 0.00 | |
| 0026 | NEW YORK STATE DEPARTMENT OF TAX | PRIORITY | 12,443.07 | 100.00% | 0.00 | |
| 0027 | NEW YORK STATE DEPARTMENT OF TAX | UNSECURED | 25,002.75 | * | 0.00 | |

**Total Paid:  $7,808.30**
See Summary

## SUMMARY

Summary of all receipts and disbursements from the date the case was filed, to and including: January 17, 2020.

Receipts: $8,616.00      -      Paid to Claims: $3,673.70      -      Admin Costs Paid: $4,134.60      =      Funds on Hand: $807.70

**\*\*NOTE**:  THIS REPORT IS NOT TO BE USED AS A PAYOFF FIGURE.  ADDITIONAL ALLOWED CLAIMS AND OTHER VARIABLES MAY AFFECT THE AMOUNT TO COMPLETE THE PLAN.