Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 18−29896−SLM
Chapter: 13
Judge: Stacey L. Meisel

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
    Guythoven D. Nougues
    539 Standish Rd
    Teaneck, NJ 07666

Social Security No.:
    xxx−xx−2818

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3A, Martin Luther King Jr. Federal Building, 50 Walnut Street, Courtroom 3A, Newark, NJ 07102

on 3/11/20 at 10:00 AM

to consider and act upon the following:

*72* − Application for Extension of Loss Mitigation Period. Filed by Russell L. Low on behalf of Guythoven D. Nougues. Objection deadline is 2/10/2020. (Attachments: # 1 Proposed Order # 2 Certificate of Service) (Low, Russell)

*74* − Objection to (related document:72 Application for Extension of Loss Mitigation Period. Filed by Russell L. Low on behalf of Guythoven D. Nougues. Objection deadline is 2/10/2020. (Attachments: # 1 Proposed Order # 2 Certificate of Service) filed by Debtor Guythoven D. Nougues) filed by Denise E. Carlon on behalf of MIDFIRST BANK. (Attachments: # 1 Exhibit # 2 Certificate of Service) (Carlon, Denise)

Dated: 2/7/20

                                                                              Jeanne Naughton
                                                                              Clerk, U.S. Bankruptcy Court