Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

    Case No.: 18−29896−SLM
    Chapter: 13
    Judge: Stacey L. Meisel

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
    Guythoven D. Nougues
    539 Standish Rd
    Teaneck, NJ 07666

Social Security No.:
    xxx−xx−2818

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3A, Martin Luther King Jr. Federal Building, 50 Walnut Street, Courtroom 3A, Newark, NJ 07102

on 3/11/20 at 10:00 AM

to consider and act upon the following:

*72* − Application for Extension of Loss Mitigation Period. Filed by Russell L. Low on behalf of Guythoven D. Nougues. Objection deadline is 2/10/2020. (Attachments: # 1 Proposed Order # 2 Certificate of Service) (Low, Russell)

*74* − Objection to (related document:72 Application for Extension of Loss Mitigation Period. Filed by Russell L. Low on behalf of Guythoven D. Nougues. Objection deadline is 2/10/2020. (Attachments: # 1 Proposed Order # 2 Certificate of Service) filed by Debtor Guythoven D. Nougues) filed by Denise E. Carlon on behalf of MIDFIRST BANK. (Attachments: # 1 Exhibit # 2 Certificate of Service) (Carlon, Denise)

Dated: 2/7/20

        Jeanne Naughton
        Clerk, U.S. Bankruptcy Court

```
                           United States Bankruptcy Court
                                District of New Jersey
```

In re:                                                          Case No. 18-29896-SLM
Guythoven D. Nougues                                            Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin              Page 1 of 1          Date Rcvd: Feb 07, 2020
                              Form ID: ntchrgbk        Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 09, 2020.
db             +Guythoven D. Nougues,    539 Standish Rd,    Teaneck, NJ 07666-2605

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                          TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 09, 2020                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 7, 2020 at the address(es) listed below:
              Denise E. Carlon    on behalf of Creditor    MIDFIRST BANK dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
              Marie-Ann    Greenberg    magecf@magtrustee.com
              Rebecca Ann Solarz    on behalf of Creditor    MIDFIRST BANK rsolarz@kmllawgroup.com
              Russell L. Low    on behalf of Debtor Guythoven D. Nougues ecf@lowbankruptcy.com, ecf@lowbankruptcy.com;r57808@notify.bestcase.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 5