UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

DENISE CARLON, ESQUIRE
KML LAW GROUP, PC
Sentry Office Plz
216 Haddon Ave.
Suite 406
Westmont, NJ 08018
215-627-1322
dcarlon@kmllawgroup.com
Attorneys for Secured Creditor
MidFirst Bank

In Re:

Nougues, Guythoven D.

Case No.:     __18-29896 SLM__

Chapter:      __13__

Hearing Date: __5/27/2020__

Judge:        __Stacey L. Meisel__

**STATUS CHANGE FORM**

Pursuant to D.N.J. LBR 9013-3, the undersigned notifies the court that the matter identified below has been:

☐ Settled        ☒ Withdrawn

Matter: Application fo Early Termination of Loss Mitigation Period filed on September 5, 2019 under document number 62

Date: 5/14/2020

/s/ Denise Carlon
Signature

*rev.8/1/15*