Form 137 – aplccmpn

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

                Case No.: 18−29896−SLM
                Chapter: 13
                Judge: Stacey L. Meisel

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Guythoven D. Nougues
   539 Standish Rd
   Teaneck, NJ 07666

Social Security No.:
   xxx−xx−2818

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON APPLICATION FOR COMPENSATION

    NOTICE IS HEREBY GIVEN that there will be a hearing held before the honorable Stacey L. Meisel on:

Date:     9/1/20
Time:    02:30 PM
Location:   Courtroom 3A, Martin Luther King Jr. Federal Building, 50 Walnut Street, Courtroom 3A, Newark, NJ 07102

for the purpose of acting on applications for compensation. Attendance by debtor(s) or creditors is welcome, but not required.

    The following applications for compensation have been filed:

APPLICANT(S)
Russell L. Low, attorney,

COMMISSION OR FEES
$1,600.00

EXPENSES
$0.00

If this is a chapter 13 case, the fees and expenses awarded:

    ☐    will not reduce the amount to be paid to general unsecured creditors under the plan.

    ☑    will reduce the amount to be paid to general unsecured creditors under the plan as follows: $1,600.00

Debtor(s) or other parties who wish to object must file an objection not later than 7 days prior to the hearing date. Objections must be filed with the Court and served on the applicant and other interested parties.

    An appearance is not required on an application for compensation unless an objection is filed.

Dated: August 10, 2020
JAN:

                                                    Jeanne Naughton
                                                    Clerk

United States Bankruptcy Court
District of New Jersey

In re:  
Guythoven D. Nougues  
    Debtor

Case No. 18-29896-SLM  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-2    User: admin    Page 1 of 2    Date Rcvd: Aug 10, 2020  
                     Form ID: 137    Total Noticed: 23

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 12, 2020.
```
db              +Guythoven D. Nougues,    539 Standish Rd,    Teaneck, NJ 07666-2605
517959402       +Alexandria Harvey,    8616 Jamaica Ave.,    Woodhaven, NY 11421-2042
517798285       +CHILD SUPPORT ENFORCEM,    PO BOX 14,    ALBANY, NY 12201-0014
517798286       +CITIMORTGAGE INC,    PO BOX 6243,    SIOUX FALLS, SD 57117-6243
517798287       +CRE BUSHKILL GROUP, LL,    ROUTE 209 PO BOX 447,    BUSHKILL, PA 18324-0447
517798289       +MIDLAND MTG/MIDFIRST,    POB 268959,    OKLAHOMA CITY, OK 73126-8959
517922544       +MidFirst Bank,    999 NorthWest Grand Boulevard,    Oklahoma City, OK 73118-6051
517798290       +NATIONSTAR/MR. COOPER,    350 HIGHLAND DR,    LEWISVILLE, TX 75067-4488
517973437        New York State Dept Taxation,    and Finance,    Bankruptcy Section,    PO Box 5300,
                 Albany, NY  12205-0300
517798293       +THD/CBNA,    PO BOX 6497,    SIOUX FALLS, SD 57117-6497
517798294       +WELLS FARGO DEALER SVC,    PO BOX 1697,    WINTERVILLE, NC 28590-1697
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg              E-mail/Text: usanj.njbankr@usdoj.gov Aug 11 2020 00:19:01      U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg             +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Aug 11 2020 00:18:55      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
cr              +E-mail/PDF: acg.acg.ebn@americaninfosource.com Aug 11 2020 00:20:09
                 Capital One Auto Finance, a division of Capital On,    AIS Portfolio Services, LP,
                 4515 N Santa Fe Ave. Dept. APS,    Oklahoma City,, OK 73118-7901
517798281       +E-mail/Text: ally@ebn.phinsolutions.com Aug 11 2020 00:17:54      ALLY FINANCIAL,
                 200 RENAISSANCE CTR,    DETROIT, MI 48243-1300
517798282        E-mail/Text: ebnbankruptcy@ahm.honda.com Aug 11 2020 00:19:06      AMERICAN HONDA FINANCE,
                 600 KELLY WAY,    HOLYOKE, MA 01040
517856903        E-mail/Text: ally@ebn.phinsolutions.com Aug 11 2020 00:17:54      Ally Financial,
                 PO Box 130424,    Roseville MN 55113-0004
517798284       +E-mail/PDF: AIS.COAF.EBN@Americaninfosource.com Aug 11 2020 00:21:00      CAPITAL ONE AUTO FINAN,
                 3901 DALLAS PKWY,    PLANO, TX 75093-7864
517807351       +E-mail/PDF: acg.acg.ebn@americaninfosource.com Aug 11 2020 00:20:31
                 Capital One Auto Finance, a division of,    AIS Portfolio Services, LP,
                 4515 N Santa Fe Ave. Dept. APS,    Oklahoma City, OK 73118-7901
517873036       +E-mail/PDF: acg.acg.ebn@americaninfosource.com Aug 11 2020 00:20:56
                 Capital One Auto Finance, a division of Capital On,    P.O. Box 4360,    Houston, TX 77210-4360
517924418       +E-mail/Text: sbse.cio.bnc.mail@irs.gov Aug 11 2020 00:18:31      Internal Revenue Service,
                 PO Box 7346,    Philadelphia, PA 19101-7346
517922767        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Aug 11 2020 00:21:04
                 Portfolio Recovery Associates, LLC,    c/o The Home Depot Consumer,    POB 41067,
                 Norfolk VA 23541
517912411       +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Aug 11 2020 00:21:04      Verizon,
                 by American InfoSource as agent,    4515 N Santa Fe Ave,    Oklahoma City, OK 73118-7901
                                                                                              TOTAL: 12

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
517798283*     ++AMERICAN HONDA FINANCE,    P O BOX 168088,    IRVING TX 75016-8088
               (address filed with court: AMERICAN HONDA FINANCE,     600 KELLY WAY,    HOLYOKE, MA 01040)
517924421*      +Internal Revenue Service,    PO Box 7346,    Philadelphia, PA 19101-7346
517904236*       Internal Revenue Services,    Special Procedures Branch,    PO Box 744,    Springfield, NJ 07081
517798291*      +NATIONSTAR/MR. COOPER,    350 HIGHLAND DR,    LEWISVILLE, TX 75067-4488
517798292*      +NATIONSTAR/MR. COOPER,    350 HIGHLAND DR,    LEWISVILLE, TX 75067-4488
517798288      ##+EQUIANT FINANCIAL SVCS,    5401 N PIMA RD STE 150,    SCOTTSDALE, AZ 85250-2630
                                                                                   TOTALS: 0, * 5, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

```
District/off: 0312-2           User: admin              Page 2 of 2              Date Rcvd: Aug 10, 2020
                               Form ID: 137             Total Noticed: 23
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 12, 2020                                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 10, 2020 at the address(es) listed below:
              Denise E. Carlon    on behalf of Creditor    MIDFIRST BANK dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Marie-Ann Greenberg    magecf@magtrustee.com
              Rebecca Ann Solarz    on behalf of Creditor    MIDFIRST BANK rsolarz@kmllawgroup.com
              Russell L. Low    on behalf of Debtor Guythoven D. Nougues ecf@lowbankruptcy.com,
               ecf@lowbankruptcy.com;r57808@notify.bestcase.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                        TOTAL: 5
```