RUSSELL L LOW ESQ
LOW & LOW ESQS
505 MAIN STREET, SUITE 304
HACKENSACK, NJ  07601

Re:  GUYTHOVEN D. NOUGUES     Atty:  RUSSELL L LOW ESQ
  539 STANDISH RD          LOW & LOW ESQS
  TEANECK,  NJ  07666        505 MAIN STREET, SUITE 304
                   HACKENSACK, NJ  07601

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW JERSEY

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS AS OF 1/15/2021
#### Chapter 13 Case # 18-29896

**NOTE:  THIS IS A BASE PLAN IN THE AMOUNT OF $48,802.50**

## RECEIPTS AS OF 01/15/2021   (Please Read Across)

| Date | Amount | Source Document No. | Date | Amount | Source Document No. |
|---|---|---|---|---|---|
| 11/06/2018 | $300.00 | 5373006000 | 12/11/2018 | $300.00 | 5461422000 |
| 01/04/2019 | $300.00 | 5520750000 | 02/05/2019 | $300.00 | 5600718000 |
| 03/08/2019 | $300.00 | 5689167000 | 04/05/2019 | $300.00 | 5763938000 |
| 05/17/2019 | $852.00 | 5867604000 | 06/17/2019 | $852.00 | 5940141000 |
| 07/15/2019 | $852.00 | 6011855000 | 08/19/2019 | $852.00 | 6106012000 |
| 09/18/2019 | $852.00 | 6182798000 | 10/23/2019 | $852.00 | 6270801000 |
| 11/18/2019 | $852.00 | 6338132000 | 12/17/2019 | $852.00 | 6412084000 |
| 01/21/2020 | $852.00 | 6489150000 | 02/18/2020 | $852.00 | 6566749000 |
| 03/23/2020 | $852.00 | 6653193000 | 04/20/2020 | $852.00 | 6723175000 |
| 05/18/2020 | $852.00 | 6794261000 | 06/17/2020 | $852.00 | 6869959000 |
| 07/15/2020 | $852.00 | 6941412000 | 08/17/2020 | $852.00 | 7013761000 |
| 09/21/2020 | $877.50 | 7094122000 | 10/01/2020 | $30.00 | 7126375000 |
| 10/19/2020 | $877.50 | 7166878000 | 11/23/2020 | $877.50 | 7252722000 |
| 12/21/2020 | $877.50 | 7317893000 | | | |

**Total Receipts:  $18,972.00  -  Amount Refunded to Debtor:  $0.00  =  Receipts Applied to Plan:  $18,972.00**

## LIST OF PAYMENTS TO CLAIMS AS OF 01/15/2021   (Please Read Across)

| Claimant Name | Date | Amount | Check # | | Date | Amount | Check # |
|---|---|---|---|---|---|---|---|
| ALLY FINANCIAL | | | | | | | |
| | 08/19/2019 | $26.22 | 831,119 | | 10/21/2019 | $108.33 | 835,158 |
| | 12/16/2019 | $52.80 | 839,192 | | 01/13/2020 | $52.80 | 841,080 |
| | 02/10/2020 | $52.80 | 842,955 | | 03/16/2020 | $52.80 | 844,860 |
| | 04/20/2020 | $52.80 | 846,805 | | 05/18/2020 | $52.80 | 848,731 |
| | 06/15/2020 | $50.13 | 850,408 | | 07/20/2020 | $19.28 | 852,197 |
| NEW YORK STATE DEPARTMENT OF TAXATION AND FINANCE | | | | | | | |
| | 07/20/2020 | $509.50 | 852,715 | | 11/16/2020 | $329.82 | 860,047 |
| | 12/21/2020 | $328.22 | 861,891 | | 01/11/2021 | $328.22 | 863,620 |

**Chapter 13 Case # 18-29896**

| Claimant Name | Date | Amount | Check # | | Date | Amount | Check # |
|---|---|---|---|---|---|---|---|
| UNITED STATES TREASURY/IRS | | | | | | | |
| | 08/19/2019 | $374.94 | 8,001,194 | | 10/21/2019 | $1,548.81 | 8,001,281 |
| | 12/16/2019 | $754.90 | 8,001,362 | | 01/13/2020 | $754.90 | 8,001,404 |
| | 02/10/2020 | $754.90 | 8,001,441 | | 03/16/2020 | $754.90 | 8,001,481 |
| | 04/20/2020 | $754.90 | 8,001,529 | | 05/18/2020 | $754.90 | 8,001,590 |
| | 06/15/2020 | $716.67 | 8,001,647 | | 07/20/2020 | $750.48 | 8,001,710 |
| | 07/20/2020 | $275.64 | 8,001,710 | | 11/16/2020 | $485.82 | 8,001,946 |
| | 12/21/2020 | $483.47 | 8,002,005 | | 01/11/2021 | $483.47 | 8,002,061 |

## CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---|---|---|---|
| TTE | TRUSTEE COMPENSATION | ADMIN | | | 1,145.09 | TBD |
| ATTY | ATTORNEY (S) FEES | ADMIN | 5,350.00 | 100.00% | 5,350.00 | 0.00 |
| COURT | CLERK OF COURT | ADMIN | 0.00 | 100.00% | 0.00 | 0.00 |
| 0001 | ALLY FINANCIAL | VEHICLE SECURE | 520.76 | 100.00% | 520.76 | |
| 0002 | AMERICAN HONDA FINANCE | UNSECURED | 0.00 | * | 0.00 | |
| 0003 | CAPITAL ONE AUTO FINANCE | UNSECURED | 11,999.00 | * | 0.00 | |
| 0004 | CHILD SUPPORT ENFORCEM | UNSECURED | 0.00 | * | 0.00 | |
| 0005 | CITIMORTGAGE INC | UNSECURED | 0.00 | * | 0.00 | |
| 0006 | CRE BUSHKILL GROUP, LL | UNSECURED | 0.00 | * | 0.00 | |
| 0007 | EQUIANT FINANCIAL SVCS | UNSECURED | 0.00 | * | 0.00 | |
| 0008 | MIDFIRST BANK | MORTGAGE ARRE | 0.00 | 100.00% | 0.00 | |
| 0009 | NATIONSTAR/MR. COOPER | UNSECURED | 0.00 | * | 0.00 | |
| 0010 | PRA RECEIVABLES MANAGEMENT LLC | UNSECURED | 187.00 | * | 0.00 | |
| 0012 | WELLS FARGO DEALER SVC | UNSECURED | 0.00 | * | 0.00 | |
| 0014 | AMERICAN HONDA FINANCE | UNSECURED | 0.00 | * | 0.00 | |
| 0015 | NATIONSTAR/MR. COOPER | UNSECURED | 0.00 | * | 0.00 | |
| 0016 | NATIONSTAR/MR. COOPER | UNSECURED | 0.00 | * | 0.00 | |
| 0017 | CHILD SUPPORT ENFORCEM | PRIORITY | 0.00 | 100.00% | 0.00 | |
| 0018 | UNITED STATES TREASURY/IRS | PRIORITY | 18,328.27 | 100.00% | 2,203.24 | |
| 0019 | VERIZON BY AMERICAN INFOSOURCE L | UNSECURED | 429.73 | * | 0.00 | |
| 0020 | VERIZON BY AMERICAN INFOSOURCE L | UNSECURED | 94.22 | * | 0.00 | |
| 0021 | VERIZON BY AMERICAN INFOSOURCE L | UNSECURED | 416.98 | * | 0.00 | |
| 0022 | UNITED STATES TREASURY/IRS | SECURED | 7,445.46 | 100.00% | 7,445.46 | |
| 0023 | UNITED STATES TREASURY/IRS | UNSECURED | 58,455.50 | * | 0.00 | |
| 0024 | ALEXANDRIA HARVEY | PRIORITY | 0.00 | 100.00% | 0.00 | |
| 0025 | ALEXANDRIA HARVEY | UNSECURED | 0.00 | * | 0.00 | |
| 0026 | NEW YORK STATE DEPARTMENT OF TAX | PRIORITY | 12,443.07 | 100.00% | 1,495.76 | |
| 0027 | NEW YORK STATE DEPARTMENT OF TAX | UNSECURED | 25,002.75 | * | 0.00 | |

**Total Paid:  $18,160.31**
See Summary

## SUMMARY

Summary of all receipts and disbursements from the date the case was filed , to and including: January 15, 2021.

Receipts: $18,972.00   -   Paid to Claims: $11,665.22   -   Admin Costs Paid: $6,495.09   =   Funds on Hand: $811.69

**NOTE**:  THIS REPORT IS NOT TO BE USED AS A PAYOFF FIGURE.  ADDITIONAL ALLOWED CLAIMS AND OTHER VARIABLES MAY AFFECT THE AMOUNT TO COMPLETE THE PLAN.