Form 185 − ntc13plnafter

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

          Case No.:   18−29896−SLM
          Chapter:   13
          Judge:   Stacey L. Meisel

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Guythoven D. Nougues
   539 Standish Rd
   Teaneck, NJ 07666

Social Security No.:
   xxx−xx−2818

Employer's Tax I.D. No.:

## NOTICE OF FILING OF MODIFICATION OF PLAN AFTER CONFIRMATION
## AND NOTICE OF HEARING THEREON

Notice is hereby given that a Plan was confirmed in this matter on May 23, 2019.

On 01/20/2021 the debtor filed a modification to the Plan.

Accordingly, a hearing will be held before the Honorable Stacey L. Meisel on:

Date:                  February 24, 2021
Time:                08:30 AM
Location:           Courtroom 3A, Martin Luther King Jr. Federal Building, 50 Walnut Street, Courtroom 3A, Newark, NJ 07102

Accordingly, notice is hereby given that,

1. Seven (7) days prior to the confirmation hearing is fixed as the last day for filing a written rejection to the modified plan.

2. Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder of a secure claim, such holders acceptance or rejection of the Plan before modification will be deemed acceptance or rejection of the Plan as modified, unless the holder changes such holders acceptance or rejection of the Plan within the time fixed.

3. **If, at the confirmation hearing, the Court determines that the plan is not confirmable, the debtor's case may be dismissed or converted.**

A copy of the modified Plan will follow this notice.

Dated: January 21, 2021
JAN: sjp

                                                                                        Jeanne Naughton
                                                                                        Clerk

United States Bankruptcy Court
District of New Jersey

In re:  
Guythoven D. Nougues  
    Debtor

Case No. 18-29896-SLM  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-2      User: admin      Page 1 of 3  
Date Rcvd: Jan 21, 2021      Form ID: 185      Total Noticed: 23

The following symbols are used throughout this certificate:  
**Symbol   Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++     Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

##     Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 23, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Guythoven D. Nougues, 539 Standish Rd, Teaneck, NJ 07666-2605 |
| 517959402 | + | Alexandria Harvey, 8616 Jamaica Ave., Woodhaven, NY 11421-2042 |
| 517798285 | + | CHILD SUPPORT ENFORCEM, PO BOX 14, ALBANY, NY 12201-0014 |
| 517798286 | + | CITIMORTGAGE INC, PO BOX 6243, SIOUX FALLS, SD 57117-6243 |
| 517798287 | + | CRE BUSHKILL GROUP, LL, ROUTE 209 PO BOX 447, BUSHKILL, PA 18324-0447 |
| 517798289 | + | MIDLAND MTG/MIDFIRST, POB 268959, OKLAHOMA CITY, OK 73126-8959 |
| 517922544 | + | MidFirst Bank, 999 NorthWest Grand Boulevard, Oklahoma City, OK 73118-6051 |
| 517798290 | + | NATIONSTAR/MR. COOPER, 350 HIGHLAND DR, LEWISVILLE, TX 75067-4488 |
| 517973437 | | New York State Dept Taxation, and Finance, Bankruptcy Section, PO Box 5300, Albany, NY 12205-0300 |
| 517798293 | + | THD/CBNA, PO BOX 6497, SIOUX FALLS, SD 57117-6497 |
| 517798294 | + | WELLS FARGO DEALER SVC, PO BOX 1697, WINTERVILLE, NC 28590-1697 |

TOTAL: 11

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Jan 21 2021 21:55:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Jan 21 2021 21:55:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | + | Email/PDF: acg.acg.ebn@americaninfosource.com | Jan 21 2021 22:14:19 | Capital One Auto Finance, a division of Capital On, AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City,, OK 73118-7901 |
| 517798281 | + | Email/Text: ally@ebn.phinsolutions.com | Jan 21 2021 21:54:00 | ALLY FINANCIAL, 200 RENAISSANCE CTR, DETROIT, MI 48243-1300 |
| 517798282 | | Email/Text: ebnbankruptcy@ahm.honda.com | Jan 21 2021 21:55:00 | AMERICAN HONDA FINANCE, 600 KELLY WAY, HOLYOKE, MA 01040 |
| 517856903 | | Email/Text: ally@ebn.phinsolutions.com | Jan 21 2021 21:54:00 | Ally Financial, PO Box 130424, Roseville MN 55113-0004 |
| 517798284 | + | Email/PDF: AIS.COAF.EBN@Americaninfosource.com | Jan 21 2021 22:14:42 | CAPITAL ONE AUTO FINAN, 3901 DALLAS PKWY, PLANO, TX 75093-7864 |
| 517807351 | + | Email/PDF: acg.acg.ebn@americaninfosource.com | Jan 21 2021 22:11:15 | Capital One Auto Finance, a division of, AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 517873036 | + | Email/PDF: acg.acg.ebn@americaninfosource.com | Jan 21 2021 22:17:26 | Capital One Auto Finance, a division of Capital On, P.O. Box 4360, Houston, TX 77210-4360 |
| 517924418 | + | Email/Text: sbse.cio.bnc.mail@irs.gov | Jan 21 2021 21:54:00 | Internal Revenue Service, PO Box 7346, |

Case 18-29896-SLM    Doc 105    Filed 01/23/21    Entered 01/24/21 00:16:01    Desc
Imaged Certificate of Notice    Page 3 of 4

| District/off: 0312-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Jan 21, 2021 | Form ID: 185 | Total Noticed: 23 |

| | | | | |
|---|---|---|---|---|
| | | | | Philadelphia, PA 19101-7346 |
| 517798289 | + | Email/PDF: ais.midfirst.ebn@americaninfosource.com | Jan 21 2021 22:14:16 | MIDLAND MTG/MIDFIRST, POB 268959, OKLAHOMA CITY, OK 73126-8959 |
| 517922544 | + | Email/PDF: ais.midfirst.ebn@americaninfosource.com | Jan 21 2021 22:18:19 | MidFirst Bank, 999 NorthWest Grand Boulevard, Oklahoma City, OK 73118-6051 |
| 517922767 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jan 21 2021 22:17:29 | Portfolio Recovery Associates, LLC, c/o The Home Depot Consumer, POB 41067, Norfolk VA 23541 |
| 517912411 | + | Email/PDF: EBN_AIS@AMERICANINFOSOURCE.COM | Jan 21 2021 22:15:18 | Verizon, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |

TOTAL: 14

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 517798283 | *P++ | AMERICAN HONDA FINANCE, P O BOX 168088, IRVING TX 75016-8088, address filed with court:, AMERICAN HONDA FINANCE, 600 KELLY WAY, HOLYOKE, MA 01040 |
| 517924421 | *+ | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 517904236 | * | Internal Revenue Services, Special Procedures Branch, PO Box 744, Springfield, NJ 07081 |
| 517798291 | *+ | NATIONSTAR/MR. COOPER, 350 HIGHLAND DR, LEWISVILLE, TX 75067-4488 |
| 517798292 | *+ | NATIONSTAR/MR. COOPER, 350 HIGHLAND DR, LEWISVILLE, TX 75067-4488 |
| 517798288 | ##+ | EQUIANT FINANCIAL SVCS, 5401 N PIMA RD STE 150, SCOTTSDALE, AZ 85250-2630 |

TOTAL: 0 Undeliverable, 5 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 23, 2021    Signature:    /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 21, 2021 at the address(es) listed below:

| **Name** | **Email Address** |
|---|---|
| Denise E. Carlon | on behalf of Creditor MIDFIRST BANK dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com |
| Marie-Ann Greenberg | magecf@magtrustee.com |
| Rebecca Ann Solarz | on behalf of Creditor MIDFIRST BANK rsolarz@kmllawgroup.com |
| Russell L. Low | on behalf of Debtor Guythoven D. Nougues ecf@lowbankruptcy.com ecf@lowbankruptcy.com;r57808@notify.bestcase.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 5