Form plncf13 − ntccnfpln13v27

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

                        Case No.:  18−29896−SLM
                        Chapter:  13
                        Judge:  Stacey L. Meisel

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Guythoven D. Nougues
   539 Standish Rd
   Teaneck, NJ 07666

Social Security No.:
   xxx−xx−2818

Employer's Tax I.D. No.:

---

**NOTICE OF ORDER CONFIRMING CHAPTER 13 PLAN**

   NOTICE IS HEREBY GIVEN that an Order Confirming the Chapter 13 plan was entered on March 11, 2021.


Dated: March 11, 2021
JAN: ntp

                                                                                                  Jeanne Naughton
                                                                                                  Clerk

United States Bankruptcy Court

District of New Jersey

In re:  
Guythoven D. Nougues  
    Debtor

Case No. 18-29896-SLM  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-2      User: admin      Page 1 of 3  
Date Rcvd: Mar 11, 2021      Form ID: plncf13      Total Noticed: 23

The following symbols are used throughout this certificate:  
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++    Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

##    Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 13, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Guythoven D. Nougues, 539 Standish Rd, Teaneck, NJ 07666-2605 |
| 517959402 | + | Alexandria Harvey, 8616 Jamaica Ave., Woodhaven, NY 11421-2042 |
| 517798285 | + | CHILD SUPPORT ENFORCEM, PO BOX 14, ALBANY, NY 12201-0014 |
| 517798287 | + | CRE BUSHKILL GROUP, LL, ROUTE 209 PO BOX 447, BUSHKILL, PA 18324-0447 |
| 517798290 | + | NATIONSTAR/MR. COOPER, 350 HIGHLAND DR, LEWISVILLE, TX 75067-4488 |
| 517973437 | | New York State Dept Taxation, and Finance, Bankruptcy Section, PO Box 5300, Albany, NY 12205-0300 |
| 517798294 | + | WELLS FARGO DEALER SVC, PO BOX 1697, WINTERVILLE, NC 28590-1697 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Mar 11 2021 20:52:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Mar 11 2021 20:52:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | + | Email/PDF: acg.acg.ebn@americaninfosource.com | Mar 11 2021 22:20:26 | Capital One Auto Finance, a division of Capital On, AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City,, OK 73118-7901 |
| 517798281 | + | Email/Text: ally@ebn.phinsolutions.com | Mar 11 2021 20:50:00 | ALLY FINANCIAL, 200 RENAISSANCE CTR, DETROIT, MI 48243-1300 |
| 517798282 | | Email/Text: ebnbankruptcy@ahm.honda.com | Mar 11 2021 20:52:00 | AMERICAN HONDA FINANCE, 600 KELLY WAY, HOLYOKE, MA 01040 |
| 517856903 | | Email/Text: ally@ebn.phinsolutions.com | Mar 11 2021 20:50:00 | Ally Financial, PO Box 130424, Roseville MN 55113-0004 |
| 517798284 | + | Email/PDF: AIS.COAF.EBN@Americaninfosource.com | Mar 11 2021 22:18:08 | CAPITAL ONE AUTO FINAN, 3901 DALLAS PKWY, PLANO, TX 75093-7864 |
| 517798286 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Mar 11 2021 22:19:27 | CITIMORTGAGE INC, PO BOX 6243, SIOUX FALLS, SD 57117-6243 |
| 517807351 | + | Email/PDF: acg.acg.ebn@americaninfosource.com | Mar 11 2021 22:18:02 | Capital One Auto Finance, a division of, AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 517873036 | + | Email/PDF: acg.acg.ebn@americaninfosource.com | Mar 11 2021 22:18:02 | Capital One Auto Finance, a division of Capital On, P.O. Box 4360, Houston, TX 77210-4360 |
| 517924418 | + | Email/Text: sbse.cio.bnc.mail@irs.gov | Mar 11 2021 20:51:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |

Case 18-29896-SLM    Doc 109    Filed 03/13/21    Entered 03/14/21 00:20:46    Desc
Imaged Certificate of Notice    Page 3 of 4

| District/off: 0312-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Mar 11, 2021 | Form ID: plncf13 | Total Noticed: 23 |

| 517798289 | + | Email/PDF: ais.midfirst.ebn@americaninfosource.com | | |
| | | | Mar 11 2021 22:20:21 | MIDLAND MTG/MIDFIRST, POB 268959, OKLAHOMA CITY, OK 73126-8959 |
| 517922544 | + | Email/PDF: ais.midfirst.ebn@americaninfosource.com | | |
| | | | Mar 11 2021 22:17:56 | MidFirst Bank, 999 NorthWest Grand Boulevard, Oklahoma City, OK 73118-6051 |
| 517922767 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | | |
| | | | Mar 11 2021 22:19:14 | Portfolio Recovery Associates, LLC, c/o The Home Depot Consumer, POB 41067, Norfolk VA 23541 |
| 517798293 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | | |
| | | | Mar 11 2021 22:20:39 | THD/CBNA, PO BOX 6497, SIOUX FALLS, SD 57117-6497 |
| 517912411 | + | Email/PDF: EBN_AIS@AMERICANINFOSOURCE.COM | | |
| | | | Mar 11 2021 22:19:22 | Verizon, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |

TOTAL: 16

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 517798283 | *P++ | AMERICAN HONDA FINANCE, P O BOX 168088, IRVING TX 75016-8088, address filed with court:, AMERICAN HONDA FINANCE, 600 KELLY WAY, HOLYOKE, MA 01040 |
| 517924421 | *+ | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 517904236 | * | Internal Revenue Services, Special Procedures Branch, PO Box 744, Springfield, NJ 07081 |
| 517798291 | *+ | NATIONSTAR/MR. COOPER, 350 HIGHLAND DR, LEWISVILLE, TX 75067-4488 |
| 517798292 | *+ | NATIONSTAR/MR. COOPER, 350 HIGHLAND DR, LEWISVILLE, TX 75067-4488 |
| 517798288 | ##+ | EQUIANT FINANCIAL SVCS, 5401 N PIMA RD STE 150, SCOTTSDALE, AZ 85250-2630 |

TOTAL: 0 Undeliverable, 5 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 13, 2021                    Signature:        /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 11, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor MIDFIRST BANK dcarlon@kmllawgroup.com    bkgroup@kmllawgroup.com |
| Marie-Ann Greenberg | magecf@magtrustee.com |
| Rebecca Ann Solarz | on behalf of Creditor MIDFIRST BANK rsolarz@kmllawgroup.com |
| Russell L. Low | on behalf of Debtor Guythoven D. Nougues ecf@lowbankruptcy.com    ecf@lowbankruptcy.com;r57808@notify.bestcase.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

District/off: 0312-2 User: admin Page 3 of 3
Date Rcvd: Mar 11, 2021 Form ID: plncf13 Total Noticed: 23
TOTAL: 5