RUSSELL L LOW ESQ
LOW & LOW ESQS
505 MAIN STREET, SUITE 304
HACKENSACK, NJ  07601

Re:  GUYTHOVEN D. NOUGUES    Atty:  RUSSELL L LOW ESQ
539 STANDISH RD                    LOW & LOW ESQS
TEANECK,  NJ  07666                505 MAIN STREET, SUITE 304
                                   HACKENSACK, NJ  07601

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW JERSEY

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS AS OF 1/14/2022
Chapter 13 Case # 18-29896

**NOTE:  THIS IS A BASE PLAN IN THE AMOUNT OF $50,479.77**

## RECEIPTS AS OF 01/14/2022    (Please Read Across)

| Date | Amount | Source Document No. | Date | Amount | Source Document No. |
|---|---|---|---|---|---|
| 11/06/2018 | $300.00 | 5373006000 | 12/11/2018 | $300.00 | 5461422000 |
| 01/04/2019 | $300.00 | 5520750000 | 02/05/2019 | $300.00 | 5600718000 |
| 03/08/2019 | $300.00 | 5689167000 | 04/05/2019 | $300.00 | 5763938000 |
| 05/17/2019 | $852.00 | 5867604000 | 06/17/2019 | $852.00 | 5940141000 |
| 07/15/2019 | $852.00 | 6011855000 | 08/19/2019 | $852.00 | 6106012000 |
| 09/18/2019 | $852.00 | 6182798000 | 10/23/2019 | $852.00 | 6270801000 |
| 11/18/2019 | $852.00 | 6338132000 | 12/17/2019 | $852.00 | 6412084000 |
| 01/21/2020 | $852.00 | 6489150000 | 02/18/2020 | $852.00 | 6566749000 |
| 03/23/2020 | $852.00 | 6653193000 | 04/20/2020 | $852.00 | 6723175000 |
| 05/18/2020 | $852.00 | 6794261000 | 06/17/2020 | $852.00 | 6869959000 |
| 07/15/2020 | $852.00 | 6941412000 | 08/17/2020 | $852.00 | 7013761000 |
| 09/21/2020 | $877.50 | 7094122000 | 10/01/2020 | $30.00 | 7126375000 |
| 10/19/2020 | $877.50 | 7166878000 | 11/23/2020 | $877.50 | 7252722000 |
| 12/21/2020 | $877.50 | 7317893000 | 01/19/2021 | $877.50 | 7388850000 |
| 02/22/2021 | $877.50 | 7462517000 | 03/22/2021 | $890.00 | 7542430000 |
| 04/19/2021 | $883.09 | 7610371000 | 05/24/2021 | $932.70 | 7690865000 |
| 06/21/2021 | $932.70 | 7754265000 | 07/26/2021 | $932.70 | 7834602000 |
| 08/23/2021 | $932.70 | 7897703000 | 09/27/2021 | $932.70 | 7973616000 |
| 11/01/2021 | $932.70 | 8051781000 | 12/01/2021 | $932.70 | 8116387000 |
| 01/03/2022 | $932.70 | 8180677000 | | | |

**Total Receipts: $29,961.69  -  Amount Refunded to Debtor:  $0.00  =  Receipts Applied to Plan: $29,961.69**

## LIST OF PAYMENTS TO CLAIMS AS OF 01/14/2022    (Please Read Across)

| Claimant Name | Date | Amount | Check # | Date | Amount | Check # |
|---|---|---|---|---|---|---|
| ALLY FINANCIAL | 08/19/2019 | $26.22 | 831,119 | 10/21/2019 | $108.33 | 835,158 |

**Chapter 13 Case # 18-29896**

| Claimant Name | Date | Amount | Check # | | Date | Amount | Check # |
|---|---|---|---|---|---|---|---|
| | 12/16/2019 | $52.80 | 839,192 | | 01/13/2020 | $52.80 | 841,080 |
| | 02/10/2020 | $52.80 | 842,955 | | 03/16/2020 | $52.80 | 844,860 |
| | 04/20/2020 | $52.80 | 846,805 | | 05/18/2020 | $52.80 | 848,731 |
| | 06/15/2020 | $50.13 | 850,408 | | 07/20/2020 | $19.28 | 852,197 |
| NEW YORK STATE DEPARTMENT OF TAXATION AND FINANCE | | | | | | | |
| | 07/20/2020 | $509.50 | 852,715 | | 11/16/2020 | $329.82 | 860,047 |
| | 12/21/2020 | $328.22 | 861,891 | | 01/11/2021 | $328.22 | 863,620 |
| | 02/22/2021 | $656.45 | 865,398 | | 04/19/2021 | $328.23 | 868,922 |
| | 05/17/2021 | $9.40 | 870,791 | | 06/21/2021 | $330.32 | 872,606 |
| | 07/19/2021 | $354.53 | 874,375 | | 08/16/2021 | $354.53 | 876,076 |
| | 09/20/2021 | $354.53 | 877,836 | | 10/18/2021 | $354.53 | 879,577 |
| | 11/17/2021 | $354.53 | 881,284 | | 12/13/2021 | $358.30 | 882,906 |
| | 01/10/2022 | $358.30 | 884,554 | | | | |
| UNITED STATES TREASURY/IRS | | | | | | | |
| | 08/19/2019 | $374.94 | 8,001,194 | | 10/21/2019 | $1,548.81 | 8,001,281 |
| | 12/16/2019 | $754.90 | 8,001,362 | | 01/13/2020 | $754.90 | 8,001,404 |
| | 02/10/2020 | $754.90 | 8,001,441 | | 03/16/2020 | $754.90 | 8,001,481 |
| | 04/20/2020 | $754.90 | 8,001,529 | | 05/18/2020 | $754.90 | 8,001,590 |
| | 06/15/2020 | $716.67 | 8,001,647 | | 07/20/2020 | $750.48 | 8,001,710 |
| | 07/20/2020 | $275.64 | 8,001,710 | | 11/16/2020 | $485.82 | 8,001,946 |
| | 12/21/2020 | $483.47 | 8,002,005 | | 01/11/2021 | $483.47 | 8,002,061 |
| | 02/22/2021 | $966.93 | 8,002,118 | | 04/19/2021 | $483.46 | 8,002,224 |
| | 05/17/2021 | $13.85 | 8,002,272 | | 06/21/2021 | $486.54 | 8,002,325 |
| | 07/19/2021 | $522.21 | 8,002,377 | | 08/16/2021 | $522.21 | 8,002,427 |
| | 09/20/2021 | $522.21 | 8,002,474 | | 10/18/2021 | $522.21 | 8,002,522 |
| | 11/17/2021 | $522.21 | 8,002,576 | | 12/13/2021 | $527.76 | 8,002,628 |
| | 01/10/2022 | $527.76 | 8,002,677 | | | | |

## CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---|---|---|---|
| TTE | TRUSTEE COMPENSATION | ADMIN | | | 1,829.41 | TBD |
| ATTY | ATTORNEY (S) FEES | ADMIN | 6,150.00 | 100.00% | 6,150.00 | 0.00 |
| COURT | CLERK OF COURT | ADMIN | 0.00 | 100.00% | 0.00 | 0.00 |
| 0001 | ALLY FINANCIAL | VEHICLE SECURE | 520.76 | 100.00% | 520.76 | |
| 0002 | AMERICAN HONDA FINANCE | UNSECURED | 0.00 | * | 0.00 | |
| 0003 | CAPITAL ONE AUTO FINANCE | UNSECURED | 11,999.00 | * | 0.00 | |
| 0004 | CHILD SUPPORT ENFORCEM | UNSECURED | 0.00 | * | 0.00 | |
| 0005 | CITIMORTGAGE INC | UNSECURED | 0.00 | * | 0.00 | |
| 0006 | CRE BUSHKILL GROUP, LL | UNSECURED | 0.00 | * | 0.00 | |
| 0007 | EQUIANT FINANCIAL SVCS | UNSECURED | 0.00 | * | 0.00 | |
| 0008 | MIDFIRST BANK | MORTGAGE ARRE | 0.00 | 100.00% | 0.00 | |
| 0009 | NATIONSTAR/MR. COOPER | UNSECURED | 0.00 | * | 0.00 | |
| 0010 | PRA RECEIVABLES MANAGEMENT LLC | UNSECURED | 187.00 | * | 0.00 | |
| 0012 | WELLS FARGO DEALER SVC | UNSECURED | 0.00 | * | 0.00 | |
| 0014 | AMERICAN HONDA FINANCE | UNSECURED | 0.00 | * | 0.00 | |
| 0015 | NATIONSTAR/MR. COOPER | UNSECURED | 0.00 | * | 0.00 | |
| 0016 | NATIONSTAR/MR. COOPER | UNSECURED | 0.00 | * | 0.00 | |
| 0017 | CHILD SUPPORT ENFORCEM | PRIORITY | 0.00 | 100.00% | 0.00 | |
| 0018 | UNITED STATES TREASURY/IRS | PRIORITY | 18,328.27 | 100.00% | 7,820.59 | |
| 0019 | VERIZON BY AMERICAN INFOSOURCE L | UNSECURED | 429.73 | * | 0.00 | |
| 0020 | VERIZON BY AMERICAN INFOSOURCE L | UNSECURED | 94.22 | * | 0.00 | |
| 0021 | VERIZON BY AMERICAN INFOSOURCE L | UNSECURED | 416.98 | * | 0.00 | |
| 0022 | UNITED STATES TREASURY/IRS | SECURED | 7,445.46 | 100.00% | 7,445.46 | |
| 0023 | UNITED STATES TREASURY/IRS | UNSECURED | 58,455.50 | * | 0.00 | |
| 0024 | ALEXANDRIA HARVEY | PRIORITY | 0.00 | 100.00% | 0.00 | |
| 0025 | ALEXANDRIA HARVEY | UNSECURED | 0.00 | * | 0.00 | |
| 0026 | NEW YORK STATE DEPARTMENT OF TAX | PRIORITY | 12,443.07 | 100.00% | 5,309.41 | |

**Chapter 13 Case # 18-29896**

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---|---|---|---|
| 0027 | NEW YORK STATE DEPARTMENT OF TAX | UNSECURED | 25,002.75 | * | 0.00 | |

**Total Paid: $29,075.63**
See Summary

## SUMMARY

Summary of all receipts and disbursements from the date the case was filed , to and including: January 14, 2022.

Receipts: $29,961.69    -    Paid to Claims: $21,096.22    -    Admin Costs Paid: $7,979.41    =    Funds on Hand: $886.06

**\*\*NOTE**:  THIS REPORT IS NOT TO BE USED AS A PAYOFF FIGURE.  ADDITIONAL ALLOWED CLAIMS AND OTHER VARIABLES MAY AFFECT THE AMOUNT TO COMPLETE THE PLAN.