|  |  |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| In Re:<br>  Guythoven D. Nougues | Case No.: _____18-29896_____<br>Chapter: _____13_____<br>Judge: _____SLM_____ |

# CERTIFICATION IN SUPPORT OF DISCHARGE

I, _____Guythoven D. Nougues_____, debtor in this case certify as follows:

1. All payments required to be made by me under my plan have been made and are paid in full.

2. ☒  I am not required to pay domestic support obligations, or

   ☐ I am required to pay domestic support obligations, and have paid all amounts payable under court order or statute that were due on or before the date of this certification.

I certify under penalty of perjury that the above is true.

Date: __11/17/2023_____    /s/ _____
                                        Debtor's Signature

**IMPORTANT:**

- **Each debtor in a joint case must file separate Certifications in Support of Discharge.**
- **A discharge will not be issued for a debtor who does not submit a completed Certification in Support of Discharge.**

*rev.6/16/17*