UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Denise Carlon, Esquire
KML Law Group, P.C.
Sentry Office Plz
701 Market Street, Suite 5000
Philadelphia, PA 19106
215-627-1322
dcarlon@kmllawgroup.com
Attorneys for  MidFirst Bank

| In Re: | | Case No.: | 18-29896 SLM |
| --- | --- | --- | --- |
| Guythoven D. Nougues | | Chapter: | 13 |
| | Debtor(s) | Hearing Date: | December 13, 2023 |
| | | Judge: | Stacey L. Meisel |

## STATUS CHANGE FORM

Pursuant to D.N.J. LBR 9013-3, the undersigned notifies the court that the matter identified below has been:

☒ Settled ☐ Withdrawn

Matter: Motion for Relief re: 539 Standish Road (Docket # 117)

_____

Date: December 08, 2023

Signature:       **/s/Denise Carlon**
Denise Carlon, Esq.

*rev. 8/1/15*